UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD T. FURNACE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CONNIE GIPSON, et al.,<br><br>　　　　Defendants. | Case No. 1:14-cv-00814-LJO-MJS (PC)<br><br>**ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>**(ECF No. 51)**<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 28 U.S.C. § 1983. The action proceeds on Plaintiff's First Amendment claim against Defendants Connie Gipson, Kimbrell, Swift, Allen, Robicheaux, Graves, and Sexton. (ECF No. 16.)

　　　On February 26, 2016, Defendants filed a motion to dismiss for failure to state a claim. (ECF No. 51.) Plaintiff has not filed an opposition or statement of non-opposition to Defendant's motion, and the time for doing so has passed. Local Rule 230(*l*). The Court will give Plaintiff one further opportunity to respond to the motion: <u>Plaintiff must file an opposition or a statement of non-opposition to Defendants' motion to dismiss within twenty-one (21) days from the date of service of this Order.</u> If Plaintiff fails to file

an opposition or a statement of non-opposition to the motion, this action may be dismissed, with prejudice, for failure to prosecute and failure to obey a court order.

IT IS SO ORDERED.

Dated:  April 4, 2016                    /s/ *Michael J. Seng*
                                                      UNITED STATES MAGISTRATE JUDGE