# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD T. FURNACE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CONNIE GIPSON, et al.,<br><br>　　　　Defendants. | Case No.  1:14-cv-00814-LJO-MJS (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE MOTION FOR DEFAULT JUDGEMENT**<br><br>**(ECF No. 68)**<br><br>**CLERK TO STRIKE ECF NO. 67** |

　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 28 U.S.C. § 1983. The action proceeds on Plaintiff's First Amendment claim against Defendants Connie Gipson, Kimbrell, Swift, Allen, Robicheaux, Graves, and Sexton. (ECF No. 62.)

　　　On December 16, 2016, Plaintiff filed a motion for default judgment to be entered against Defendants based on their failure to file an answer to Plaintiff's Third Amended Complaint. (ECF No. 67.) On December 20, 2016, Plaintiff filed a motion to withdraw the same, stating that on December 13, 2016 he received Defendants' December 8, 2016 answer. (ECF No. 68.)

　　　Plaintiff's motion is GRANTED. The Clerk of Court is directed to strike Plaintiff's

motion for default judgment, filed as ECF No. 67.

IT IS SO ORDERED.

Dated: December 23, 2016           /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE

2