1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10
11
12

EDWARD T. FURNACE,                         | 1:14-cv-0814-LJO-MJS (PC)

13
                          Plaintiff,       | **ORDER EXTENDING DATE FOR**
14                                         | **DEFENDANTS TO RESPOND TO**
              v.                           | **PLAINTIFF'S DISCOVERY REQUESTS**
15
16   CONNIE GIPSON, et al.,                | **(ECF No. 70)**
17                        Defendants.

18

19       Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil

20   rights action brought pursuant to 42 U.S.C. § 1983.

21       On January 24, 2017, the parties met and conferred regarding Defendants'

22   responses to various discovery propounded by Plaintiff. The parties stipulated to an

23   extension of forty-five days from January 27, 2017 for Defendants to respond to all

24   discovery items propounded by Plaintiff on or before January 24, 2017. (ECF No. 70.)

25       The parties' stipulation is accepted and adopted by the Court.

26        It therefore is HEREBY ORDERED that Defendants' responses to Plaintiff's

27
28

1

discovery requests propounded on or before January 24, 2017 are to be served on Plaintiff on or before March 13, 2017.

IT IS SO ORDERED.

Dated:    January 31, 2017          /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE