UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD T. FURNACE,<br><br>               Plaintiff,<br><br>    v.<br><br>CONNIE GIPSON, et al.,<br><br>               Defendants. | 1:14-cv-0814-LJO-MJS (PC)<br><br>**ORDER EXTENDING DATE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS**<br><br>**(ECF No. 75)** |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983.

    Under the Stipulation and Order entered by the Court on March 13, 2017 (ECF No. 74), Defendants' responses to Plaintiff's various sets of discovery are currently due on April 3, 2017.

    On March 22, 2017, the parties met and conferred regarding Plaintiff's settlement demand and Defendants' responses to Plaintiff's discovery requests. During the discussion, the parties stipulated to an extension of twenty-one days from April 3, 2017 for Defendants to respond to all discovery items propounded by Plaintiff. (ECF No. 75.)

Accordingly, IT IS HEREBY ORDERED that pursuant to parties' stipulation, Defendants' responses to Plaintiff's discovery requests must be served on Plaintiff within twenty-one days of April 3, 2017, or on or before April 24, 2017.

IT IS SO ORDERED.

Dated: March 27, 2017          /s/ *Michael J. Seng*
                               UNITED STATES MAGISTRATE JUDGE